Jason Klinge Residential Contracting Inc.
P.O. Box 177
Water Mill, NY 11976-0177

Artur Sawicki
1409 Yarrow Circle
Bellport, NY 11713

Direct Deposit

| Employee Pay Stub | | Check number: OP20110525 | | | Pay Period: 05/21/2011 - 05/27/2011 | | Pay Date 05/27/2011 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Artur Sawicki, 1409 Yarrow Circle, Bellport, NY 11713 | | | | | ***-**-5290 | Married/Married | Fed-3/0/NY-3/0 | |
| | | | | | | | | |
| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Direct Deposit** | | | **Amount** |
| Construction Management | 40:00 | 48.08 | 1,923.20 | 34,617.60 | Checking - *****0601 | | | 1,463.62 |
| Misc Addition - Filing Adj | | | | 109.81 | **Paid Time Off** | | **YTD Used** | **Available** |
| | | | 1,923.20 | 34,727.41 | Sick | | 0:00 | 40:00 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | | | |
| Federal Withholding | | | -240.00 | -4,425.00 | Direct Deposit | | | |
| Social Security Employee | | | -80.78 | -1,453.94 | | | | |
| Medicare Employee | | | -27.89 | -501.96 | | | | |
| NY - Withholding | | | -110.31 | -1,986.24 | | | | |
| NY - Disability Employee | | | -0.60 | -10.80 | | | | |
| | | | -459.58 | -8,377.94 | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | |
| Misc Deduction - Filing Adjust | | | | -109.81 | | | | |
| **Net Pay** | | | **1,463.62** | **26,239.66** | | | | |

Jason Klinge Residential Contracting Inc., P.O. Box 177, Water Mill, NY 11976-0177 (631) 283-8527

Jason Klinge Residential Contracting Inc.
P.O. Box 177
Water Mill, NY 11976-0177

Artur Sawicki
1409 Yarrow Circle
Bellport, NY 11713

Direct Deposit

| **Employee Pay Stub** | Check number: OP20110522 | | | | Pay Period: 05/14/2011 - 05/20/2011 | Pay Date: 05/20/2011 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Artur Sawicki, 1409 Yarrow Circle, Bellport, NY 11713 | | | | | ***-**-5290 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | Amount |
|---|---|---|---|---|---|---|
| Construction Management | 40:00 | 48.08 | 1,923.20 | 32,694.40 | Checking - *****0601 | 1,463.63 |
| Misc Addition - Filing Adj | | | | 109.81 | **Memo** | |
| | | | 1,923.20 | 32,804.21 | Direct Deposit | |
| **Taxes** | | | Current | YTD Amount | | |
| Federal Withholding | | | -240.00 | -4,185.00 | | |
| Social Security Employee | | | -80.77 | -1,373.16 | | |
| Medicare Employee | | | -27.89 | -474.07 | | |
| NY - Withholding | | | -110.31 | -1,875.93 | | |
| NY - Disability Employee | | | -0.60 | -10.20 | | |
| | | | -459.57 | -7,918.36 | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | |
| Misc Deduction - Filing Adjust | | | | -109.81 | | |
| **Net Pay** | | | 1,463.63 | 24,776.04 | | |

Jason Klinge Residential Contracting Inc., P.O. Box 177, Water Mill, NY 11976-0177 (631) 283-8527

Jason Klinge Residential Contracting Inc.
P.O. Box 177
Water Mill, NY 11976-0177

Artur Sawicki
1409 Yarrow Circle
Bellport, NY 11713

Direct Deposit

**Employee Pay Stub**    Check number: DD110506a    Pay Period: 04/30/2011 - 05/06/2011    Pay Date: 05/06/2011

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Artur Sawicki, 1409 Yarrow Circle, Bellport, NY 11713 | | | | | ***-**-5290 | Married/Married | Fed-3/0/NY-3/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Construction M | 40:00 | 48.08 | 1,923.20 | 28,848.00 |
| Misc Addition - Filing Adj | | | | 109.81 |
| | | | 1,923.20 | 28,957.81 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -240.00 | -3,705.00 |
| Social Security Employee | | | -80.78 | -1,211.62 |
| Medicare Employee | | | -27.89 | -418.30 |
| NY - Withholding | | | -110.31 | -1,655.31 |
| NY - Disability Employee | | | -0.60 | -9.00 |
| | | | -459.58 | -6,999.23 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Misc Deduction - Filing Adjust | | | | -109.81 |
| **Net Pay** | | | **1,463.62** | **21,848.77** |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *****0601 | | | 1,463.62 |
| **Paid Time Off** | | **YTD Used** | **Available** |
| Sick | | 0:00 | 40:00 |
| **Memo** | | | |
| Direct Deposit | | | |

Jason Klinge Residential Contracting Inc., P.O. Box 177, Water Mill, NY 11976-0177 (631) 283-8527

Jason Klinge Residential Contracting Inc.
P.O. Box 177
Water Mill, NY 11976-0177

Artur Sawicki
1409 Yarrow Circle
Bellport, NY 11713

Direct Deposit

| **Employee Pay Stub** | | Check number: DD110506a | | | Pay Period: 04/30/2011 - 05/06/2011 | Pay Date: 05/06/2011 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Artur Sawicki, 1409 Yarrow Circle, Bellport, NY 11713 | | | | | ***-**-5290 | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | | Amount |
|---|---|---|---|---|---|---|---|
| Construction Management | 40:00 | 48.08 | 1,923.20 | 28,848.00 | Checking - *****0601 | | 1,463.62 |
| Misc Addition - Filing Adj | | | | 109.81 | **Memo** | | |
| | | | 1,923.20 | 28,957.81 | Direct Deposit | | |
| **Taxes** | | | Current | YTD Amount | | | |
| Federal Withholding | | | -240.00 | -3,705.00 | | | |
| Social Security Employee | | | -80.78 | -1,211.62 | | | |
| Medicare Employee | | | -27.89 | -418.30 | | | |
| NY - Withholding | | | -110.31 | -1,655.31 | | | |
| NY - Disability Employee | | | -0.60 | -9.00 | | | |
| | | | -459.58 | -6,999.23 | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | |
| Misc Deduction - Filing Adjust | | | | -109.81 | | | |
| **Net Pay** | | | 1,463.62 | 21,848.77 | | | |

Jason Klinge Residential Contracting Inc., P.O. Box 177, Water Mill, NY 11976-0177 (631) 283-8527

Jason Klinge Residential Contracting Inc.
P.O. Box 177
Water Mill, NY 11976-0177

Artur Sawicki
1409 Yarrow Circle
Bellport, NY 11713

Direct Deposit

| **Employee Pay Stub** | | Check number: DD20110429c | | | Pay Period: 04/23/2011 - 04/29/2011 | Pay Date: 04/29/2011 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Artur Sawicki, 1409 Yarrow Circle, Bellport, NY 11713 | | | | | ***-**-5290 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | Amount |
|---|---|---|---|---|---|---|
| Construction M | 40:00 | 48.08 | 1,923.20 | 26,924.80 | Checking - *****0601 | 1,463.63 |
| Misc Addition - Filing Adj | | | | 109.81 | **Memo** | |
| | | | 1,923.20 | 27,034.61 | Direct Deposit | |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | -240.00 | -3,465.00 | | |
| Social Security Employee | | | -80.77 | -1,130.84 | | |
| Medicare Employee | | | -27.89 | -390.41 | | |
| NY - Withholding | | | -110.31 | -1,545.00 | | |
| NY - Disability Employee | | | -0.60 | -8.40 | | |
| | | | -459.57 | -6,539.65 | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | |
| Misc Deduction - Filing Adjust | | | | -109.81 | | |
| **Net Pay** | | | 1,463.63 | 20,385.15 | | |

Jason Klinge Residential Contracting Inc., P.O. Box 177, Water Mill, NY 11976-0177 (631) 283-8527

Jason Klinge Residential Contracting Inc.
P.O. Box 177
Water Mill, NY 11976-0177

Artur Sawicki
1409 Yarrow Circle
Bellport, NY 11713

Direct Deposit

| **Employee Pay Stub** | | Check number: | | | **Pay Period:** 04/16/2011 - 04/22/2011 | **Pay Date:** 04/22/2011 |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** |
|---|---|---|---|---|---|
| Artur Sawicki, 1409 Yarrow Circle, Bellport, NY 11713 | | | | | ***-**-5290 |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Construction M | 40:00 | 48.08 | 1,923.20 | 25,001.60 |
| Misc Addition - Filing Adj | | | | 109.81 |
| | | | 1,923.20 | 25,111.41 |

| **Taxes** | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | -240.00 | -3,225.00 |
| Social Security Employee | | | -80.78 | -1,050.07 |
| Medicare Employee | | | -27.88 | -362.52 |
| NY - Withholding | | | -110.31 | -1,434.69 |
| NY - Disability Employee | | | -0.60 | -7.80 |
| | | | -459.57 | -6,080.08 |

| **Adjustments to Net Pay** | | | Current | YTD Amount |
|---|---|---|---|---|
| Misc Deduction - Filing Adjust | | | | -109.81 |

| **Net Pay** | | | 1,463.63 | 18,921.52 |
|---|---|---|---|---|

| **Direct Deposit** | Amount |
|---|---|
| Checking - *****0601 | 1,463.63 |

| **Memo** | |
|---|---|
| Direct Deposit | |

Jason Klinge Residential Contracting Inc., P.O. Box 177, Water Mill, NY 11976-0177 (631) 283-8527

Jason Klinge Residential Contracting Inc.
P.O. Box 177
Water Mill, NY 11976-0177

Artur Sawicki
1409 Yarrow Circle
Bellport, NY 11713

Direct Deposit

| **Employee Pay Stub** | Check number: DD20110415a | Pay Period: 04/09/2011 - 04/15/2011 | Pay Date: 04/15/2011 |
|---|---|---|---|

| **Employee** | | | | | **SSN** | |
|---|---|---|---|---|---|---|
| Artur Sawicki, 1409 Yarrow Circle, Bellport, NY 11713 | | | | | ***-**-5290 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | Amount |
|---|---|---|---|---|---|---|
| Construction M | 40:00 | 48.08 | 1,923.20 | 23,078.40 | Checking - *****0601 | 1,463.63 |
| Misc Addition - Filing Adj | | | | 109.81 | **Memo** | |
| | | | 1,923.20 | 23,188.21 | Direct Deposit | |
| **Taxes** | | | Current | YTD Amount | | |
| Federal Withholding | | | -240.00 | -2,985.00 | | |
| Social Security Employee | | | -80.77 | -969.29 | | |
| Medicare Employee | | | -27.89 | -334.64 | | |
| NY - Withholding | | | -110.31 | -1,324.38 | | |
| NY - Disability Employee | | | -0.60 | -7.20 | | |
| | | | -459.57 | -5,620.51 | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | |
| Misc Deduction - Filing Adjust | | | | -109.81 | | |
| **Net Pay** | | | 1,463.63 | 17,457.89 | | |

Jason Klinge Residential Contracting Inc., P.O. Box 177, Water Mill, NY 11976-0177 (631) 283-8527

Jason Klinge Residential Contracting Inc.
P.O. Box 177
Water Mill, NY 11976-0177

Artur Sawicki
1409 Yarrow Circle
Bellport, NY 11713

Direct Deposit

| **Employee Pay Stub** | Check number: DD20110408a | | **Pay Period:** 04/02/2011 - 04/08/2011 | **Pay Date:** 04/08/2011 |
|---|---|---|---|---|

| **Employee** | | | | **SSN** | |
|---|---|---|---|---|---|
| Artur Sawicki, 1409 Yarrow Circle, Bellport, NY 11713 | | | | ***-**-5290 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | Amount |
|---|---|---|---|---|---|---|
| Construction M | 40:00 | 48.08 | 1,923.20 | 21,155.20 | Checking - *****0601 | 1,463.62 |
| Misc Addition - Filing Adj | | | | 109.81 | **Memo** | |
| | | | 1,923.20 | 21,265.01 | Direct Deposit | |
| **Taxes** | | | Current | YTD Amount | | |
| Federal Withholding | | | -240.00 | -2,745.00 | | |
| Social Security Employee | | | -80.78 | -888.52 | | |
| Medicare Employee | | | -27.89 | -306.75 | | |
| NY - Withholding | | | -110.31 | -1,214.07 | | |
| NY - Disability Employee | | | -0.60 | -6.60 | | |
| | | | -459.58 | -5,160.94 | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | |
| Misc Deduction - Filing Adjust | | | | -109.81 | | |
| **Net Pay** | | | 1,463.62 | 15,994.26 | | |

Jason Klinge Residential Contracting Inc., P.O. Box 177, Water Mill, NY 11976-0177 (631) 283-8527